759 P.2d 1326

**CITY OF GOODYEAR, a municipal corporation, Petitioner,**

v.

**SUPERIOR COURT of the State of Arizona, In and For the COUNTY OF MARICOPA, the Honorable Joseph D. Howe, a judge thereof, Respondent Judge,**

**PETITIONERS FOR DEANNEXATION IN IN RE PETITION FOR DEANNEXATION FROM the CITY OF GOODYEAR, Real Parties in Interest.**

**No. 1 CA-SA 295.**

Court of Appeals of Arizona, Division 1, Department D.

Dec. 8, 1987.

Review Denied Feb. 23, 1988.*

Thomas R. Judd, Bill Stephens & Associates, P.C., Phoenix, for petitioner.

Lonnie J. Williams, Jr., Jeffrey Messing, Snell & Wilmer, Phoenix, and John Paulsen, Deputy Co. Atty., Phoenix, for real party in interest.

**ORDER**

This special action came on regularly for oral argument this 8th day of December,

---

* FELDMAN, V.C.J., and HOLOHAN, J., of the Supreme Court, voted to grant review.
   CAMERON and MOELLER, JJ., voted to deny review.

   GORDON, C.J., of the Supreme Court, did not participate.

1987, before Presiding Judge Froeb and Judges Eubank and Haire, and was taken under advisement. After consideration,

IT IS ORDERED that the court of appeals, in the exercise of its discretion, declines to accept jurisdiction in this special action.

IT IS FURTHER ORDERED denying the motions of the Town of Carefree and League of Arizona Cities and Towns for leave to file briefs amicus curiae.